# Order

**Supreme Court**
**Lansing, Michigan**

September 28, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128157

VICTORIA EVA ABDELLA, Personal
Representative of the Estate of Carol Dean,
Deceased, and VICTORIA EVA ABDELLA,
       Plaintiffs-Appellees,

v

                             SC: 128157
                             COA: 248851
KENNETH TESSMAR and ROBERT        Oakland CC: 99-016850-CK
TESSMAR, as partners in TESSMAR AND
TESSMAR, a Michigan Co-Partnership,
       Defendants-Appellants.

_____/

      On order of the Court, the application for leave to appeal the January 25, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2005

s0919                               Clerk